# EXHIBIT B

**Quilted Tree Skirt**

**PRODUCT PHOTOS**
view larger

**PRODUCT INFO**
Shipping Information

close

