# EXHIBIT C










### A  MANTEL & FLOOR FIGURES

Capture the spirit of an old-fashioned Christmas with these holiday icons. Their jolly shapes are hand painted in seasonal colors, ready to secure to a wall. Catalog/Internet Only

Mantel Figures  Each  •28-4430369  $24
  Santa, 10 x 15" h.    Reindeer, 11 x 15" h.
  Set of 2  •02-4551636  $39

Floor Figures  Each  •28-4430286  $49
  Santa, 20.5 x 28" h.    Reindeer, 20.5 x 26.5" h.
  Set of 2  •02-4551628  $89

### B  GINGHAM TREE SKIRT

Gifts look all the more inviting atop a checkered skirt of red-and-white gingham embroidered with the family name. Yarn-dyed quilted cotton with cotton fill. Complimentary personalization. Button closure. Machine wash. 62" diam. Imported.  •28-4438214  $59  Catalog/Internet Only  Ⓜ

### C  KEEPSAKE FRAME ORNAMENTS

Slip photos inside these ornaments to create holiday heirlooms. Oval is 5 x 4" and holds a 3 x 2" photo; square is 4" sq. and holds a 2" sq. photo. Includes red hanging ribbon. Each ornament is engraved with "2002" and an optional message. Choose White Oval with "Baby's 1st Christmas," "Mommy & Me" or "2002" only; Red Square with "Daddy & Me" or "Santa & Me"; or Red Oval with "2002" only (not shown).  Each
•28-4418612  $8.50

### D  VILLAGE STOCKING HOLDERS

Extra-long hooks allow these cast-iron holders to sit back on the mantel, providing secure support for treat-filled stockings. Each design has room for a 2" photo. Available individually or as a set. Approx. 5 x 5.5 x 7" h. Choose Church (green), Cabin (with chimney) or House.

Village Stocking Holders  Each  •28-4423661  $19

Set of 3  •28-4457529  $49

### E  QUILTED STOCKINGS

Here's a Santa-sized stocking for everyone, in four exclusive designs. The appliquéd images are hand quilted using a variety of ginghams and chambrays. Personalization is complimentary. Choose up to nine letters (seven letters for baby size) across the cuff. 100% cotton. Machine wash. Regular size is 21" h.; baby size is 15.5" h. Imported.  •28-4417374  Ⓜ

Quilted Stocking, choose Fire Engine, Snowman or Santa.  $25

Baby's 1st Christmas Stocking  $19

Ⓜ *See page 47 for monogramming information.*

# pottery barn kids

Gifts 2002

Order by 9am (PST) DECEMBER 23 for guaranteed Christmas Delivery.

*only Santa can get it there faster.*



Quilted Stockings $19 – $25

#### (A) QUILTED STOCKINGS

Stockings are as much a holiday tradition as tinsel and eggnog. Filled with fun gifts, they're a symbol of the season. Here's a Santa-sized stocking for everyone, in four exclusive designs. The appliquéd images are hand quilted using a variety of ginghams and chambrays. And, with complimentary personalization, you'll want one for everyone in the family. Choose up to nine letters (seven letters for baby size) across the cuff. 100% cotton. Machine wash. Regular size is 21"h.; baby size is 15.5"h. Imported. •28-4417374 Ⓜ

Quilted Stocking, choose Fire Engine, Snowman or Santa.  $25
Baby's 1st Christmas Stocking  $19

#### (B) VILLAGE STOCKING HOLDER

This smart display solution is an ideal way to keep treat-filled stockings secure and add a little extra cheer to your yuletide decor. Extra-long hooks allow these cast-iron holders to sit back on the mantel. Each design also has room for a 2" photograph. Available individually or as a set. Approx. 5 x 5.5 x 7"h. Choose Church (green), Cabin (with chimney) or House.

Village Stocking Holders  Each  •28-4423661  $19
Set of 3  •28-4457529  $49

Ⓜ *See page 25 for monogramming information.*

**Personalization is an easy way to create a gift that's extra special.**
*For Christmas delivery, order by noon PST on December 20th. See our back cover for details.*



Santa Quilted Bedding $19 – $179



$8 – $75

#### A  SANTA QUILTED BEDDING
Santa springs happily across this winter scene. Our bedding is hand quilted of cotton, with blue reindeer and rows of cartwheeling Santas. Fluffy fur trim on Santa's beard and coat adds to the fun. Reverses to sky-blue percale. Toddler size can be personalized for gift giving. Machine wash. Imported. Quilts and pillows are not for use with sleeping infants; see page 26 for crib safety tips.
*Catalog/Internet Only  Ⓜ

**Quilt** ·02-4360301
   Toddler $79    Twin $149    Fl/Qn* $179
   Personalized Toddler Quilt* (additional charge)
   ·02-4403671

**Sham Each** ·02-4360194
   Decorative $19    Standard $25

Ⓜ *See page 25 for monogramming information.*

#### B  SLEIGH CRIB
See page 26 for Sleigh Crib $799

#### C  SANTA FLANNEL
There's plenty of Christmas cheer on these super-soft Portuguese flannel sheets. Santa and his skate-clad reindeer whirl, skid and slip across a frozen lake at dusk, determined to deliver their gifts. Woven of 5.2 oz. cotton flannel. Machine wash. Imported.  *Catalog/Internet Only

**Crib Fitted Sheet** ·02-4374716  $14
**Sheet Set** ·02-4374278
   Twin $49    Full* $69
**Duvet Cover** ·02-4374385
   Twin* $55    Fl/Qn* $75
**Pillowcase Each** ·02-4374310
   Decorative $8    Standard $10






**D   MICROFLEECE BLANKET**
This machine-washable fleece blanket features complimentary personalization. Poly microfiber. 30 x 40". Imported. Pink, Yellow, Blue or Green.
•72-4014973  $24  Catalog/Internet Only

**E   KEEPSAKE FRAME ORNAMENTS**
Slip photos inside these ornaments to create thoughtful holiday gifts. Oval is 5 x 4" and holds a 3 x 2" photo; square is 4" sq. and holds a 2" sq. photo. Includes red hanging ribbon. Each ornament is engraved with "2002" and an optional message. Choose White Oval with "Baby's 1st Christmas," "Mommy & Me" or "2002" only; Red Square with "Daddy & Me" or "Santa & Me"; or Red Oval with "2002" only (not shown). Each  •28-4418612  $8.50

**F   BABY'S 1ST CHRISTMAS STOCKING**
Here's a baby-sized stocking for Santa's littlest helper. The appliquéd images are hand quilted with our ginghams and chambrays. Complimentary personalization. 100% cotton. Machine wash. 15.5" h. Imported. •28-4417374  $19

**G   NURSERY HANDPRINT TIN**
Preserve baby's prints with our easy-to-use non-toxic plaster mix and 6" diam. tin. Includes pink and blue ribbons. Made in the USA. For adult use only.  •72-4285789  $12.50

**H   ALPHABET ABACUS**
This classic gift features wooden blocks with a letter of the alphabet on one side and a picture on the other. Simple assembly. 15.5 x 8 x 16.5" h. Ages 2 and up.  •72-4296752  $29

## WISHING FOR... MY FIRST HOLIDAY

The first of many happy holidays. Celebrate with gifts that begin a family tradition.

