











Ⓐ **QUILTED STOCKINGS**

Here's a Santa-sized stocking for everyone, in four exclusive designs. The appliquéd images are hand quilted using a variety of our signature ginghams and chambrays. Personalization is complimentary; choose up to nine letters (seven letters for baby size) across the cuff. 100% cotton. Imported. Machine wash. Regular size is 21"h.; baby size is 15.5"h. •28-4417374  Ⓜ

Quilted Stocking, choose Fire Engine, Snowman or Santa.  $25

Baby's 1st Christmas Stocking  $19

Ⓑ **VILLAGE STOCKING HOLDERS**

Extra-long hooks allow these cast-iron holders to sit back on the mantel, providing secure support for treat-filled stockings. Each design has room for a 2" photo. Choose Church (green), Cabin (with chimney) or House. Available individually or as a set. Approx. 5 x 5.5 x 7"h.

Village Stocking Holders  Each  •28-4423661  $19

Set of 3  •28-4457529  $49

Ⓒ **ADVENT CALENDAR**

An Advent calendar makes waiting for Santa a little easier. Twenty-four appliquéd pockets hold the special treats you slip inside – one for each day leading up to Christmas. Then, each day, your child gets one small step closer to Christmas. Complimentary personalization. Cotton with poly trim. Includes grosgrain ribbon and dowel for hanging. Spot clean. 30.5 x 31.5". Imported.  •28-4411500  $35  Catalog/Internet Only  Ⓜ

Ⓓ **KEEPSAKE FRAME ORNAMENTS**

Slip photos inside these ornaments to create holiday heirlooms. Oval is 5 x 4"h. and holds a 3 x 2" photo; Square is 4"sq. and holds a 2"sq. photo. Includes red hanging ribbon. Each ornament is engraved with "2002" and an optional message. Choose White Oval with "Baby's 1st Christmas," "Mommy & Me" or "2002" only; Red Square with "Daddy & Me" or "Santa & Me"; or Red Oval with "2002" only (not shown).  Each •28-4418612  $8.50

Ⓔ **GINGHAM TREE SKIRT**

Gifts beneath the Christmas tree look all the more inviting atop a checkered skirt of red-and-white gingham embroidered with the family name. Yarn-dyed quilted cotton with cotton fill. Complimentary personalization. Button closure. Machine wash. 62" diam. Imported. •28-4438214  $59  Catalog/Internet Only  Ⓜ

Ⓕ **MANTEL & FLOOR FIGURES**

Capture the spirit of an old-fashioned Christmas with these holiday icons. Their jolly shapes are hand painted in seasonal colors, ready to hang or secure to a wall.  Catalog/Internet Only

Mantel Figures  •28-4430369  $24
Santa, 10 x 15"h.        Reindeer, 11 x 15"h.

Floor Figures  •28-4430286  $49
Santa, 20.5 x 28"h.      Reindeer, 20.5 x 26.5"h.

Ⓜ *See page 53 for monogramming information.*



# pottery barn kids

christmas 2002

*Wishing for . . . .*
*My own stocking. . . . . . . . .*
*A chair with my name on it . . .*
*The perfect playroom . . . . .*
*The best Christmas ever!*



potterybarnkids.com













### Ⓐ ADVENT CALENDAR

An Advent calendar makes waiting for Santa a little easier. Twenty-four appliquéd pockets hold the special treats you slip inside – one for each day leading up to Christmas. Complimentary personalization. Cotton with poly trim. Includes grosgrain ribbon and dowel for hanging. Spot clean. 30.5 x 31.5". Imported. •28-4411500 $35 Catalog/Internet Only Ⓜ

### Ⓑ VILLAGE STOCKING HOLDERS

Extra-long hooks allow these cast-iron holders to sit back on the mantel, providing secure support for treat-filled stockings. Each design has room for a 2" photo. Choose Church (green), Cabin (with chimney) or House. Available individually or as a set. Approx. 5 x 5.5" h.

Village Stocking Holders  Each  •28-4423661  $19

Set of 3  •28-4457529  $49

### Ⓒ QUILTED STOCKINGS

Here's a Santa-sized stocking for everyone, in four exclusive designs. The appliquéd images are hand quilted using a variety of ginghams and chambrays. Personalization is complimentary. Choose up to nine letters (seven letters for baby size) across the cuff. 100% cotton. Machine wash. Regular size is 21" h.; baby size is 15.5" h. Imported. •28-4417374 Ⓜ

Quilted Stocking, choose Fire Engine, Snowman or Santa.  $25

Baby's 1st Christmas Stocking  $19

### Ⓓ MANTEL & FLOOR FIGURES

Capture the spirit of an old-fashioned Christmas with these holiday icons. Their jolly shapes are hand painted in seasonal colors, ready to secure to a wall.  Catalog/Internet Only

Mantel Figures  Each  •28-4430369  $24
Santa, 10 x 15" h.        Reindeer, 11 x 15" h.

Floor Figures  Each  •28-4430286  $49
Santa, 20.5 x 28" h.        Reindeer, 20.5 x 26.5" h.

### Ⓔ KEEPSAKE FRAME ORNAMENTS

Slip photos inside these ornaments to create holiday heirlooms. Oval is 5 x 4" and holds a 3 x 2" photo; square is 4" sq. and holds a 2" sq. photo. Includes red hanging ribbon. Each ornament is engraved with "2002" and an optional message. Choose White Oval with "Baby's 1st Christmas," "Mommy & Me" or "2002" only; Red Square with "Daddy & Me" or "Santa & Me"; or Red Oval with "2002" only (not shown).  Each •28-4418612  $8.50

### Ⓕ GINGHAM TREE SKIRT

Gifts beneath the Christmas tree look all the more inviting atop a checkered skirt of red-and-white gingham embroidered with the family name. Yarn-dyed quilted cotton with cotton fill. Complimentary personalization. Button closure. Machine wash. 62" diam. Imported. •28-4438214  $59 Catalog/Internet Only

Ⓜ *See page 55 for monogramming information.*











**A   DEAR SANTA SHAM**
The perfect place for kids to put their wish lists for Santa. Sewn like an airmail letter, our cotton decorative-sized sham features a letter-size fabric pocket on top. Stitching adds to the charm, with childlike embroidery and commemorative stamps. Reverses to red-and-white gingham. Machine wash. 13 x 18". Imported. •02-4366357  $15 Catalog/Internet Only

**B   MINI TREE**
A handy holiday accessory in any room, our festive faux tree comes complete with 12 painted ornaments. 21" h. Choose Santa (shown) or Fire Truck (shown on page 21). •02-4422572  $29

**C   SANTA FLANNEL SHEETING**
Christmas cheer abounds on our Portuguese flannel sheets. Santa and his skate-clad reindeer whirl, skid and slip across a frozen lake at dusk, determined to deliver their gifts. Woven of 5.2 oz. cotton flannel. Machine wash. Imported.  •Catalog/Internet Only

Crib Fitted Sheet •02-4374716  $14

| Sheet Set •02-4374278 | |
|---|---|
| Twin $49 | Full* $69 |

| Duvet Cover •02-4374385 | |
|---|---|
| Twin $55 | Fl/Qn* $75 |

| Pillowcase Each •02-4374310 | |
|---|---|
| Decorative $8 | Standard $10 |

**D   CATALINA TODDLER BED**
Our white wood toddler bed provides an easy transition between crib and big-kid bed. This version has two guardrails and holds a crib mattress (not included). Assembly required. 31.5 x 54.5 x 21" h. •02-4410023  $199 ($15)

**E   SANTA QUILTED BEDDING**
Santa bounds happily across this winter scene. Our bedding is hand quilted of cotton, with blue reindeer and rows of cartwheeling Santas. Fluffy fur trim on Santa's beard and coat adds to the fun. Reverses to sky-blue percale. Toddler size can be personalized for gift giving. Machine wash. Imported. Quilts and pillows are not for use with sleeping infants; see page 63 for crib safety tips. *Catalog/Internet Only ⓦ

| Quilt •02-4360301 | | |
|---|---|---|
| Toddler $79 | Twin $149 | Fl/Qn* $179 |

Personalized Toddler Quilt* (additional charge) •02-4403671

| Sham Each •02-4360194 | |
|---|---|
| Decorative $19 | Standard $25 |

**F   STOCKINGS RUG**
A great anywhere throw for the holiday season. Our colorful acrylic rug is hand tufted with three stockings that are hand sheared to rest above the looped blue background. 2 x 3'. Imported. •02-4359063  $39 Catalog/Internet Only



**Ⓖ CATALINA BED**

Classic ball finials and beadboard panels give this bed timeless appeal. The bunk bed set can be reconfigured into two twin beds and requires assembly. The optional trundle can be used with a custom mattress (sold separately) or as storage. See page 56 for Furniture Facts. White or Honey finish. ®

Bed ·72-3966579     Twin $699 ($100)          Full $799 ($125)
Trundle ·72-3970894   $349 ($75)
Trundle Mattress ·72-3978244   $149 ($20)
Bunk Bed Set ·72-3967460   $1,399 ($150)