# EXHIBIT D










(A) **PERSONALIZED QUILTED STOCKING**
*Free Shipping! Order by Dec. 19.*

Stockings are a familiar tradition in our homes. We have our favorites that we hang on the mantel each year, but we love creating fresh designs for old friends and new arrivals. This one is quilted in high-quality yarn-dyed cotton gingham and chambray, and embroidered with symbols of the season. Personalization included. Machine wash. 14" long. Imported. Choose a fleece Santa Claus, a fleece Reindeer, a corduroy and fleece Christmas Tree or a fleece Snowman. •90-4791554 $25

(B) **PERSONALIZED TREE SKIRT**
*Free Shipping! Order by Dec. 19.*

This cheerful tree skirt features fleece reindeer, poly fleece snowmen, corduroy trees and chambray snow banks. The background is sewn of blue chambray with appliquéd snowflakes and an embroidered button frame. Button closure. Personalization included. Machine wash. 62" diam. Imported. •90-4754123 $79 Catalog/Internet Exclusive

(C) **PERSONALIZED ADVENT CALENDAR**

Our calendar features 24 appliquéd pockets. Cotton with poly trim. Includes grosgrain ribbon and dowel. Personalization included. Spot clean. 30.5 x 31.5". Imported. •90-4798849 $39 Catalog/Internet Exclusive

(D) **KEEPSAKE FRAME ORNAMENTS**
*Free Shipping! Order by Dec. 19.*

Each ornament has a space to insert a picture on both sides, and is printed with *2003* on one side and a special message on the other. The Red frame can be personalized with a name or phrase of your own. White oval frames are 5 x 4" and hold 3 x 2" photos; Red square frames are 4" sq. and hold 2" sq. photos. Includes red gingham ribbon for hanging. Choose White with *Baby's 1st Christmas* or *mom and me*; Red with *dad and me*; or the personalized Red frame with up to 10 characters. *Catalog/Internet Exclusive

Keepsake Frame Ornament Each  •90-4775540  $8.50
Personalized Keepsake Frame Ornament*  •90-4769493  $12.50

# pottery barn kids

gifts 2003

My First...
Table & Chairs

Free shipping on select items,
order by December 19th.

ORDER BY
DEC. 23
FOR CHRISTMAS
DELIVERY
See back cover
for details






## Baby's First Christmas

Capture the special memory of your baby's first Christmas. You can mark the occasion by preserving your baby's handprints and footprints or monogramming our Silver Ornament Collection to create a lasting gift. And don't forget Baby's First Stocking, embroidered with a name or date. This is how we're making memories in our homes this year – we hope you'll enjoy these items in yours too.







