






**(A) PERSONALIZED QUILTED STOCKING**
*Free Shipping! Order by Dec. 19.*

Stockings are a familiar tradition in our homes, and we love creating fresh designs for old friends and new arrivals. As always, they're made with high-quality materials made to last for many holidays to come. This one is quilted from cuff to toe in cotton gingham and chambrays and embroidered with symbols of the season. Choose a fleece Santa Claus, a fleece Reindeer, a corduroy and fleece Christmas tree or a fleece Snowman. Personalization is included. Machine wash. 14" long. Imported.  •90-4791554  $25  Ⓟ

**(B) PERSONALIZED TREE SKIRT**
*Free Shipping! Order by Dec. 19.*

This cheerful tree skirt features fleece reindeer, poly fleece snowmen, corduroy trees and chambray snow banks. The background is sewn of blue chambray with appliquéd snowflakes and an embroidered button frame. Button closure. Personalization included. Machine wash. 62" diam. Imported.  •90-4754123  $79  Catalog/Internet Exclusive  Ⓟ

**(C) PERSONALIZED ADVENT CALENDAR**

Our calendar features 24 appliquéd pockets. Cotton with poly trim. Includes grosgrain ribbon and dowel. Personalization included. Spot clean. 30.5 x 31.5". Imported.  •90-4798849  $39  Catalog/Internet Exclusive  Ⓟ

**(D) KEEPSAKE FRAME ORNAMENTS**
*Free Shipping! Order by Dec. 19.*

With space to insert a picture on both sides, each ornament has *2003* printed on one side and a special message on the other. The Red frame can be personalized with a name or phrase of your own! White oval frames are 5 x 4" and hold 3 x 2" photos; Red square frames are 4" sq. and hold 2" sq. photos. Choose White with *Baby's 1st Christmas* or *mom and me*; Red with *dad and me*; or the personalized Red frame with up to 10 characters. Includes red gingham ribbon for hanging.  *Catalog/Internet Exclusive  Ⓟ

Keepsake Frame Ornament  Each  •90-4775540  $8.50
 Personalized Keepsake Frame Ornament*  Each  •90-4769493  $12.50



potterybarnkids.com

Personalized Quilted Stocking  $25






**A   PERSONALIZED QUILTED STOCKING**
*Free Shipping! Order by Dec. 19.*
Stockings are a familiar tradition in our homes. We have our favorites that we hang on the mantel each year, but we love creating fresh designs for old friends and new arrivals. This one is quilted in high-quality yarn-dyed cotton gingham and chambrays, and embroidered with symbols of the season. Personalization included. Machine wash. 14" long. Imported. Choose a fleece Santa Claus, a fleece Reindeer, a corduroy and fleece Christmas Tree or a fleece Snowman. •90-4791554  $25

**B   PERSONALIZED TREE SKIRT**
*Free Shipping! Order by Dec. 19.*
This cheerful tree skirt features fleece reindeer, poly fleece snowmen, corduroy trees and chambray snow banks. The background is sewn of blue chambray with appliquéd snowflakes and an embroidered button frame. Button closure. Personalization included. Machine wash. 62" diam. Imported.  •90-4754123  $79  Catalog/Internet Exclusive

**C   PERSONALIZED ADVENT CALENDAR**
Our calendar features 24 appliquéd pockets. Cotton with poly trim. Includes grosgrain ribbon and dowel. Personalization included. Spot clean. 30.5 x 31.5". Imported.  •90-4798849  $39  Catalog/Internet Exclusive

**D   KEEPSAKE FRAME ORNAMENTS**
*Free Shipping! Order by Dec. 19.*
Each ornament has a space to insert a picture on both sides, and is printed with *2003* on one side and a special message on the other. The red frame can be personalized with a name or phrase of your own. White oval frames are 5 x 4" and hold 3 x 2" photos; red square frames are 4" sq. and hold 2" sq. photos. Includes red gingham ribbon for hanging. Choose White with *Baby's 1st Christmas* or *mom and me*; Red with *dad and me*; or the personalized Red frame with up to 10 characters.  •Catalog/Internet Exclusive

Keepsake Frame Ornament  Each  •90-4775540  $8.50
   Personalized Keepsake Frame Ornament*  Each  •90-4769493  $12.50