# EXHIBIT E

pottery barn kids
holiday gifts 2004
ON MY LIST
GREAT GIFTS STARTING AT $19
GET FREE SHIPPING AND GIFT WRAP ON SELECT ITEMS
ORDER BY
9 am PST
DEC. 23
FOR CHRISTMAS DELIVERY
*See back cover for details

Jack
Emily
Charles
Maggie
A
C

**magical memories** • Make this a holiday to remember by filling the house with all the trimmings kids love – jingle bells, garlands, festive wreaths and the ever-important stockings! Through a child's eyes, mantels are made for stockings, and hanging one for every family member and pet in the house is a favorite holiday activity.

Ⓐ PERSONALIZED QUILTED STOCKING *Free Shipping!*

These stockings are quilted in yarn-dyed cotton gingham and chambray. Personalization included. Machine wash. Imported. Choose Christmas Tree, Santa Claus, Snowman, Reindeer or Train in the 14" size. Choose Cat, Dog or Baby's First Christmas in the 9" size. Ⓟ

Christmas Tree, Santa Claus, Snowman, Reindeer or Train •10-4791554 $25
Cat or Dog •10-4791554 $19
Baby's 1st Christmas •10-4791521 $19
Cat Stocking is Catalog/Internet Exclusive

Ⓑ PERSONALIZED TREE SKIRT *Free Shipping!*

Complete the tree with this cheerful tree skirt featuring fleece reindeer, poly fleece snowmen, corduroy trees and chambray snowbanks. The background is sewn of blue chambray with appliquéd snowflakes and an embroidered button frame. Button closure. Personalization included. Machine wash. 62" diam. Imported. •10-4754123 $79 Ⓟ

Ⓒ JINGLE BELL COLLECTION

Jingle all the way – from entry to tree, and around the mantel. Our garland, wreaths and bells bring merry sounds to the home. Garland extends 64" for wrapping around tree or stairway, and secures with an eye-hook so it can link to another. Red items come with a green ribbon for hanging; Silver items come with a red ribbon. •10-6322358

Garland, 64" long. Red or Silver. $19
Small Wreath, 9" diam. Red or Silver. $29
Large Wreath, 24" diam. Red or Silver. $89 Catalog/Internet Exclusive
Bells, 6" diam. Red only. Set of 3 $39 Catalog/Internet Exclusive

Ⓟ *See page 45 for personalization information.*

pottery barn kids
gifts 200
Taylor
THE BEST GIFTS
TO WRAP UP YOUR LIST
GIVE THE GIFT OF PLAY
IDEAS STARTING AT $19
GET FREE SHIPPING ON SELECT ITEMS
ORDER BY
9 am PST
DEC. 23
FOR CHRISTMAS
DELIVERY
*See back cover for details

A
20 potterybarnkids.com
Personalized Quilted Stocking $14.99 - $25



**magical memories** • Make this a holiday to remember by filling the house with all the trimmings kids love – jingle bells, garlands, festive wreaths and the ever-important stockings! Through a child's eyes, mantels are made for stockings, and hanging one for every family member and pet in the house is a favorite holiday activity.

Ⓐ PERSONALIZED QUILTED STOCKING *Free Shipping!*

These stockings are quilted in yarn-dyed cotton gingham and chambray. Personalization included. Machine wash. Imported. Choose Christmas Tree, Santa Claus, Snowman or Reindeer in the 14" size. Choose Cat, Dog or Baby's First Christmas in the 9" size. Train not available. Ⓟ

Christmas Tree, Santa Claus, Snowman or Reindeer •10-4791554 $25

Cat or Dog •10-4791554 $19

Baby's 1st Christmas •10-4791521 ~~$19~~ Sale $14.99

Cat Stocking is Catalog/Internet Exclusive

Ⓑ PERSONALIZED TREE SKIRT *Free Shipping!*

Complete the tree with this cheerful tree skirt featuring fleece reindeer, poly fleece snowmen, corduroy trees and chambray snowbanks. The background is sewn of blue chambray with appliquéd snowflakes and an embroidered button frame. Button closure. Personalization included. Machine wash. 62" diam. Imported. •10-4754123 $79 Ⓟ

Ⓒ JINGLE BELL COLLECTION

Jingle all the way – from entry to tree, and around the mantel. Our garland, wreaths and bells bring merry sounds to the home. Garland extends 64" for wrapping around tree or stairway, and secures with an eye-hook so it can link to another. Red items come with a green ribbon for hanging; Silver items come with a red ribbon. •10-6322358

Garland, 64" l. Red or Silver. $19

Small Wreath, 9" diam. Red or Silver. $29

Large Wreath, 24" diam. Red or Silver. ~~$89~~ Sale $69.99
Catalog/Internet Exclusive

Bells, 6" diam. Red only. Set of 3 ~~$39~~ Sale $29.99 Catalog/Internet Exclusive

Ⓟ *See page 29 for personalization information.*