

pottery barn kids

holiday 2004

TRICKS
&TREATS
FOR THE HOLIDAY SEASON

OVER 45 NEW ITEMS
FOR HALLOWEEN, THANKSGIVING
AND MORE

SELECT LIGHTING
ON SALE NOW

ORDER BY
Oct. 28
FOR HALLOWEEN
DELIVERY
See page 60
for details











### deck the house • Let the season begin by decorating the house with all the trimmings kids love – jingle bells, garland, festive wreaths and the ever-important stockings! Through a child's eyes, mantels are made for stockings, and hanging one for every family member and pet in the house is a favorite holiday activity

**Ⓐ PERSONALIZED QUILTED STOCKING**   *Free Shipping!*
These stockings are quilted in yarn-dyed cotton gingham and chambray. Personalization included. Machine wash. Imported. Choose Christmas Tree, Santa Claus, Snowman, Reindeer or Train in the 14" size. Choose Cat, Dog or Baby in the 9" size. Ⓟ

Baby's 1st Christmas  •10-4791521  $19
Cat or Dog  •10-4791554  $19
Christmas Tree, Santa Claus, Snowman, Reindeer or Train  •10-4791554  $25
Cat Stocking is Catalog/Internet Exclusive

**Ⓑ PERSONALIZED TREE SKIRT**   *Free Shipping!*
Complete the tree with this cheerful tree skirt featuring fleece reindeer, poly fleece snowmen, corduroy trees and chambray snow banks. The background is sewn of blue chambray with appliquéd snowflakes and an embroidered button frame. Button closure. Personalization included. Machine wash. 62" diam. Imported.  •10-4754123  $79 Ⓟ

**Ⓒ JINGLE BELL COLLECTION**
Jingle all the way – from entry to tree, and around the mantel. Our garland, wreath and bells bring merry sounds to the home. Garland extends 64" for wrapping around tree or stairway and secures with an eye-hook so it can link to another. Red items come with a green ribbon; silver items come with a red ribbon.  •10-6322358

Garland, 64" long. Red or Silver.  $19
Small Wreath, 9" diam. Red or Silver.  $29
Large Wreath, 24" diam. Red or Silver.  $89 Catalog/Internet Exclusive
Bells, 6" diam. Red only. Set of 3  $39 Catalog/Internet Exclusive











**magical memories** • Make this a holiday to remember by filling the house with all the trimmings kids love – jingle bells, garlands, festive wreaths and the ever-important stockings! Throughout this issue, you'll discover decorations, gifts, bedding and more to create a holiday home the whole family will love.

**A** PERSONALIZED QUILTED STOCKING   *Free Shipping!*
These stockings are quilted in yarn-dyed cotton gingham and chambray. Personalization included. Machine wash. Imported. Choose Christmas Tree, Santa Claus, Snowman, Reindeer or Train in the 14" size. Choose Cat, Dog or Baby's First Christmas in the 9" size. ℗

Christmas Tree, Santa Claus, Snowman, Reindeer or Train  •10-4791554  $25
Cat or Dog  •10-4791554  $19
Baby's 1st Christmas, shown on page 108.  •10-4791521  $19
Cat Stocking is Catalog/Internet Exclusive

**B** PERSONALIZED TREE SKIRT   *Free Shipping!*
Complete the tree with this cheerful tree skirt featuring fleece reindeer, poly fleece snowmen, corduroy trees and chambray snowbanks. The background is sewn of blue chambray with appliquéd snowflakes and an embroidered button frame. Button closure. Personalization included. Machine wash. 62" diam. Imported.  •10-4754123  $79 ℗

**C** JINGLE BELL COLLECTION
Jingle all the way – from entry to tree, and around the mantel. Our garland, wreaths and bells bring merry sounds to the home. Garland extends 64" for wrapping around tree or stairway and secures with an eye-hook so it can link to another. Red items come with a green ribbon for hanging; Silver items come with a red ribbon.  •10-6322358

Garland, 64" long. Red or Silver.  $19
Small Wreath, 9" diam. Red or Silver.  $29
Large Wreath, 24" diam. Red or Silver.  $89  Catalog/Internet Exclusive
Bells, 6" diam. Red only. Set of 3  $39  Catalog/Internet Exclusive

℗ *See page 61 for personalization information.*