# EXHIBIT F





24 potterybarnkids.com






## the family stockings

Create a whimsical display of stockings along the mantel by assigning each family member a different character or choosing one character for everyone as a special theme.

### A. QUILTED STOCKINGS  Free Shipping!

Each patchwork stocking features one of our exclusive holiday icons. Stockings are made of hand-matched fabrics with stitching details. Celebrate a little one's first Christmas with our special stocking featuring our favorite snowman. Add your child's name to any stocking for $6 more. Choose Elf, Santa, Train, Snowman, Reindeer, Princess or Baby's First Christmas.

Elf, Santa, Train, Snowman, Reindeer or Princess, 13 x 22" h.
 •28-7045982  $19
Baby's First Christmas, 11 x 17.5" h.  •28-7034952  $15

### B. JUMBO STOCKING  Free Shipping!

Sometimes Santa needs an extra-large stocking for extra-big surprises. Ours is crafted with the same attention to detail as our classic quilted stockings, with hand-matched fabrics and decorative stitching. Personalize the stocking with your family's or child's name for $6 more. 35" long.
•28-7034101  $39

### C. QUILTED TREE SKIRT  Free Shipping!

Add the finishing touch to your family tree with our whimsical quilted skirt. Personalization is included. Button closure. Machine wash. 62.5" diam. Imported.  •28-7001506  $79

### D. WINTER GREENS COLLECTION

Decorate for the holidays with our new faux greenery. The realistic-looking branches and needles are deep green and lush. Garland is prestrung with glittering white lights; wreath is adorned with bright red stars.
**Catalog/Internet Exclusive**

Garland, 5 x 60" long.  •28-7179484  $29
Wreath, 24" diam.  •28-7147887  $49

### E. HOLIDAY VILLAGE COLLECTION

See page 27 for Holiday Village Collection  $79.

( Kids can write a letter to Santa with our special
  download at www.potterybarnkids.com/stylehouse )





$29 - $34



$15 - $24



$19 - $36



## baby's first christmas

Santa comes only once a year, and baby's first Christmas comes but once a lifetime. Celebrate this special moment with snuggly blankets and shiny keepsakes personalized with your little one's name.



$24



$16 - $179





$39

NURSERY

800.430.7373   24 HOURS   71

