# EXHIBIT F

pottery barn kids
holiday gifts 2005
WOW GIFTS!
THE BEST TOYS UNDER $50
LOOK FOR FREE SHIPPING & GIFT WRAP ON SELECT ITEMS
Order by 9 AM PST Dec. 22
for Christmas Delivery
See back cover for details.

D
E
D
Sarah
Jessica
Michael
Lucas
Lauren
Paige
A










## the family stockings

Create a whimsical display of stockings along the mantel by assigning each family member a different character or choosing one character for everyone as a special theme.

### A. QUILTED STOCKINGS Free Shipping!

Each patchwork stocking features one of our exclusive holiday icons. Stockings are made of hand-matched fabrics with stitching details. Celebrate a little one's first Christmas with our special stocking featuring our favorite snowman. Add your child's name to any stocking for $6 more. Choose Elf, Santa, Train, Snowman, Reindeer, Princess or Baby's First Christmas. ⓟ

Elf, Santa, Train, Snowman, Reindeer or Princess, 13 x 22" h. •28-7045982 $19
Baby's First Christmas, 11 x 17.5" h. •28-7034952 $15

### B. JUMBO STOCKING Free Shipping!

Sometimes Santa needs an extra-large stocking for extra-big surprises. Ours is crafted with the same attention to detail as our classic quilted stockings, with hand-matched fabrics and decorative stitching. Personalize the stocking with your family's or child's name for $6 more. 35" long. •28-7034101 $39 ⓟ

(Kids can write a letter to Santa with our special download at www.potterybarnkids.com/stylehouse)

### C. QUILTED TREE SKIRT Free Shipping!

Add the finishing touch to your family tree with our whimsical quilted skirt. Personalization is included. Button closure. Machine wash. 62.5" diam. Imported. •28-7001506 $79 ⓟ

### D. WINTER GREENS COLLECTION

Decorate for the holidays with our new faux greenery. The realistic-looking branches and needles are deep green and lush. Garland is prestrung with glittering white lights; wreath is adorned with bright red stars.
**Catalog/Internet Exclusive**

Garland, 5 x 60" long. •28-7179484 $29
Wreath, 24" diam. •28-7147887 $49

### E. HOLIDAY VILLAGE COLLECTION

See page 27 for Holiday Village Collection $79.

# pottery barn kids

THE GREATEST LAST-MINUTE GIFTS

LOOK FOR FREE SHIPPING & GIFT WRAP ON SELECT ITEMS

Casey

Order by 9 AM PST Dec. 22 for Christmas Delivery

See back cover for details.


# baby's first christmas

Santa comes only once a year, and baby's first Christmas comes but once a lifetime. Celebrate this special moment with snuggly blankets and shiny keepsakes personalized with your little one's name.



E
C
E
Sarah
Jessica
Michael
Lucas
Lauren
Paige
A
Winter Greens Collection $29 – $49