





## the family stockings

Hang a whimsical display of stockings along the mantel by assigning each family member a different character or choosing one character for everyone as a special theme.

### A. QUILTED STOCKINGS  Free Shipping!

Each patchwork stocking displays one of our exclusive holiday icons. Stockings are made of hand-matched fabrics with stitching details. Celebrate a little one's first Christmas with our special stocking featuring our favorite snowman. Add your child's name to any stocking for $6 more. Choose Elf, Santa, Train, Snowman, Reindeer, Princess or Baby's First Christmas.

Elf, Santa, Train, Snowman, Reindeer or Princess, 13 x 22" h.
•28-7045982  $19
Baby's First Christmas, 11 x 17.5" h.  •28-7034952  $15

### B. JUMBO STOCKING  Free Shipping!

Sometimes Santa needs an extra-large stocking for extra-big surprises. Ours is crafted with the same attention to detail as our classic quilted stockings, with hand-matched fabrics and decorative stitching. Personalize the stocking with your family's or child's name for $6 more. 35" long.
•28-7034101  $39

### C. HOLIDAY VILLAGE COLLECTION

See page 3 for Holiday Village Collection  $79.

### D. QUILTED TREE SKIRT  Free Shipping!

Add the finishing touch to your family tree with our whimsical quilted skirt. Personalization is included. Button closure. Machine wash. 62.5" diam. Imported.  •28-7001506  $79

### E. WINTER GREENS COLLECTION

Decorate for the holidays with our new faux greenery. The realistic-looking branches and needles are deep green and lush. Garland is prestrung with glittering white lights; wreath is adorned with bright red stars.
**Catalog/Internet Exclusive**

Garland, 5 x 60" long.  •28-7179484  $29
Wreath, 24" diam.  •28-7147887  $49

### F. SANTA HAT  Free Shipping!

Surprise Santa's little helper with a personalized holiday hat. Polyester fleece with white faux-fur trim. Personalization is included. Machine wash. 9" inner diam. Imported.  •28-7032014  $15





10  potterybarnkids.com









## the family stockings

Create a whimsical display along the mantel in anticipation of Santa's arrival by assigning each family member a different character or choosing one character for everyone as a special theme.

### A. QUILTED STOCKINGS  Free Shipping!

Each patchwork stocking features one of our exclusive holiday icons. Stockings are made of hand-matched fabrics with stitching details. Celebrate a little one's first Christmas with our special stocking featuring our favorite snowman. Add your child's name to any stocking for $6 more. Choose Elf, Santa, Train, Snowman, Reindeer, Princess or Baby's First Christmas. ●

Elf, Santa, Train, Snowman, Reindeer or Princess, 13 x 22" h.
•28-7045982  $19
Baby's First Christmas, 11 x 17.5" h.  •28-7034952  $15

### B. JUMBO STOCKING  Free Shipping!

Sometimes Santa needs an extra-large stocking for extra-big surprises. Ours is crafted with the same attention to detail as our classic quilted stockings, with hand-matched fabrics and decorative stitching. Personalize the stocking with your family or child's name for $6 more. 3' long.
•28-7034101  $39 ●

### C. QUILTED TREE SKIRT  Free Shipping!

Add the finishing touch to your family tree with our whimsical quilted skirt. Personalize it with your family's name for $6 more. Button closure. Machine wash. 62" diam. Imported. •28-7001506  $79 ●

### D. WINTER GREENS COLLECTION

Decorate for the holidays with our new faux greenery that can be enjoyed from one holiday season to the next. The realistic-looking branches and needles are deep green and lush. Garland is prestrung with glittering white lights; wreath is adorned with bright red stars.

Garland, 5 x 60" long.  •28-7179484  $29
Wreath, 24" diam.  •28-7147887  $49

( Kids can write a letter to Santa with our special download at www.potterybarnkids.com/stylehouse )










## get set for santa

Create a festive home your kids will love with our whimsical holiday collection. From classic stockings to our new light-up stars, you'll find everything you need to decorate the house inside and out.

A. QUILTED STOCKINGS  **Free Shipping!**

Each patchwork stocking features one of our exclusive holiday icons. Stockings are made of hand-matched fabrics with stitching details. Celebrate a little one's first Christmas with our special stocking featuring our favorite snowman. Add your child's name to any stocking for $6 more. Choose Elf, Santa, Train, Snowman, Reindeer, Princess or Baby's First Christmas. Ⓟ

Elf, Santa, Train, Snowman, Reindeer or Princess, 13 x 22" h.
• 28-7045982  $19
Baby's First Christmas, 11 x 17.5" h.  •28-7034952  $15

B. JUMBO STOCKING  **Free Shipping!**

Sometimes Santa needs an extra-large stocking for extra-big surprises. Ours is crafted with the same attention to detail as our classic quilted stockings, with hand-matched fabrics and decorative stitching. Personalize the stocking with your family's or child's name for $6 more. 35" long.
• 28-7034101  $39  Ⓟ

( Kids can write a letter to Santa with our special download at www.potterybarnkids.com/stylehouse )

C. QUILTED TREE SKIRT  **Free Shipping!**

Add the finishing touch to your family tree with our whimsical quilted skirt. Personalization is included. Button closure. Machine wash. 62.5" diam. Imported.  •28-7001506  $79  Ⓟ

D. WINTER GREENS COLLECTION

Decorate for the holidays with our new faux greenery. The realistic-looking branches and needles are deep green and lush. Garland is prestrung with glittering white lights; wreath is adorned with bright red stars. **Catalog/Internet Exclusive**

Garland, 5 x 60" long.  •28-7179484  $29
Wreath, 24" diam.  •28-7147887  $49

E. HOLIDAY VILLAGE COLLECTION

See page 9 for Holiday Village Collection  $79.

HOLIDAY      800.430.7373   24 HOURS   3