# EXHIBIT J