**\*E-FILED\***
**January 9, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC., | No. C 06-07491 RS |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| TARGET CORPORATION, | |
| Defendant. | |

I hereby recuse myself from hearing or determining any matters as Presiding Judge in the above-entitled action. The Clerk of Court shall randomly reassign this case.

IT IS SO ORDERED.

Dated: January 9, 2007

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Timothy R. Cahn    trcahn@townsend.com, sglott@townsend.com

Gregory S. Gilchrist    gsgilchrist@townsend.com, clpetrich@townsend.com

Angela L. Padilla    apadilla@mofo.com, lmethven@mofo.com

Dated: January 9, 2007

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

2