1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  TIMOTHY R. CAHN (Bar # 162136)
   TALI L. ALBAN (Bar # 233694)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5  E-mail:  gsgilchrist@townsend.com; trcahn@townsend.com
              tlalban@townsend.com
6
   Attorneys for Plaintiff
7  WILLIAMS-SONOMA, INC.

8

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13

14  WILLIAMS-SONOMA, INC., a California        Case No.  C 06 7491 CRB
    corporation,
15                                             JOINT REQUEST FOR
                    Plaintiff,                 POSTPONEMENT OF FURTHER
16                                             CASE MANAGEMENT
                 v.                            CONFERENCE AND [PROPOSED]
17                                             ORDER
    TARGET CORP., a Minnesota corporation,
18
                    Defendant.
19

20

21      The parties jointly submit this Request for Postponement of the Further Case Management

22  Conference.  The parties have been diligently trying to schedule a mediation with Judge Infante at

23  JAMS.  Given his availability and the availability of counsel and high level managers within each

24  company who plan to attend, it has been difficult to find a mediation date acceptable for all parties.

25  The parties have broadened their search for a JAMS mediator and are in the process of selecting a new

26  date for mediation.  They are confident they will be able to complete the mediation prior to July 15,

27  2007.  Therefore, the parties jointly request that the Court postpone the Case Management Conference

28  to a date after July 15, 2007, at the Court's convenience.

1 | DATED: May 17, 2007          Respectfully submitted,

2

3                                By:  /s/ Tali L. Alban
                                      Gregory S. Gilchrist
4                                     Timothy R. Cahn
                                      Tali L. Alban
5                                     Townsend and Townsend and Crew LLP
                                      Two Embarcadero Center, Eighth Floor
6                                     San Francisco, California  94111
                                      Telephone: (415) 576-0200
7                                     Facsimile: (415) 576-0300

8                                     Attorneys for Plaintiff
                                      WILLIAMS-SONOMA, INC.
9

10

11 | DATED: May 17, 2007          Respectfully submitted,

12

13                               By:  /s/ Lindsay T. Braunig
                                      Angela L. Padilla
14                                    Lindsay T. Braunig
                                      Morrison & Foerster LLP
15                                    425 Market Street
                                      San Francisco, California 94105-2482
16                                    Telephone: (415) 268-7000
                                      Facsimile: (415) 268-7522
17
                                      Attorneys for Defendant
18                                    TARGET CORPORATION

19

20

21

22

23

24

25

26

27

28

## ATTESTATION OF E-FILED SIGNATURE

I, Tali L. Alban, am the ECF User whose ID and password are being used to file this Joint Request of Postponement of Further Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Lindsay T. Braunig has concurred in this filing.

DATED: May 17, 2007              Respectfully submitted,

By: /s/ Tali L. Alban
Tali L. Alban

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

## FURTHER CASE MANAGEMENT ORDER

The Joint Request For Postponement of Further Case Management Conference is hereby GRANTED. The next Case Management Conference shall be set for July 27, 2007.

DATED:  May 18, 2007

_____
The Honorable Charles R. Breyer
United States District

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

61056116 v1

Joint Request of Postponement of Further Case Management Conference and [Proposed] Order
sf-2323944                                                       - 3 -                           Williams-Sonoma, Inc. v. Target Corp.
                                                                                                 Case No. C 06 7491 CRB