**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

May 31, 2007

Writer's Direct Contact
415.268.6212
APadilla@mofo.com

*By Hand Delivery*

The Honorable Charles R. Breyer
Courtroom 8, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: **Williams-Sonoma, Inc. v. Target Corp., C-06-7491 CRB**

Dear Judge Breyer:

I am counsel for Target Corp. in this matter. I am writing to inform Your Honor that the parties have scheduled a mediation before Judge Charles Legge at JAMS, to be held on Friday, June 15, 2007.

In an Order dated March 15, 2007, the parties were ordered to conduct private ADR by June 13, 2007. By stipulation of the parties and the availability of the mediator, we were unable to schedule the private ADR to take place on or before June 13, 2007. As noted above, however, the parties will be conducting private ADR on June 15, 2007. If Your Honor prefers, we would be happy to provide a joint stipulation and proposed order that resets the ADR deadline.

Respectfully submitted,

*Angela L. Padilla* (LTB)

Angela L. Padilla

cc: Gregory S. Gilchrist (via facsimile)
Tali L. Alban (via facsimile)
Timothy R. Cahn (via facsimile)

So Ordered
to be held
CRC

sf-2330185 v1