1  ANGELA L. PADILLA (CA SBN 154863)
   APadilla@mofo.com
2  LINDSAY T. BRAUNIG (CA SBN 244125)
   LBraunig@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268-7000
5  Facsimile: 415.268-7520

6  JAMES R. STEFFEN (*Pro Hac Vice*)
   JRSteffen@faegre.com
7  MICHAEL A. PONTO (*Pro Hac Vice*)
   Mponto@faegre.com
8  Faegre & Benson LLP
   2200 Wells Farago Center
9  90 South Seventh Street
   Minneapolis, MN 55402-3901
10 Telephone: 612.766.7000
   Facsimile: 612.766.1600
11

12 Attorneys for Defendant
   TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, a Minnesota corporation,<br><br>         Defendant. | Case No.   C-06-7491-CRB<br><br>**STIPULATION TO EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT** |

STIP. TO EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO SAC
Case No. C-06-7491-CRB
sf-2380287

1 | Defendant Target Corporation's response to the Second Amended Complaint, filed
2 | August 24, 2007, is due on September 4, 2007.  Pursuant to Civil Local Rule 6-1(a), the parties,
3 | through their counsel, hereby stipulate that Target shall have until September 11, 2007, to respond
4 | to the Second Amended Complaint.

Dated: August 29, 2007

ANGELA L. PADILLA
MORRISON & FOERSTER LLP

By: /s/ Angela L. Padilla
Angela L. Padilla

Attorneys for Defendant
TARGET CORPORATION

Dated: August 29, 2007

TALI L. ALBAN
TOWNSEND AND TOWNSEND AND
CREW LLP

August 29, 2007

/s/ Tali L. Alban
Tali L. Alban

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

**GENERAL ORDER 45 ATTESTATION**

I, Angela L. Padilla, am the ECF User whose ID and password are being used to file this Stipulation to Extension of Time for Defendant to Respond to Second Amended Complaint.  In compliance with General Order 45, concurrence in the filing of this document has been obtained from each of the other signatories and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: August 29, 2007.

/s/ Angela L. Padilla