IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS-SONOMA, INC.,

        Plaintiff,

  v.

TARGET CORP.,

        Defendant.

                                   /

No. C 06-7491 CRB

**ORDER DENYING MOTION TO DISMISS**

      Now pending before the Court is defendant's motion to dismiss plaintiff's California Business and Professions Code section 17200 claim based on lack of standing. After carefully considering the parties' papers, the Court concludes that oral argument is unnecessary, see Local Rule 7-1(b), and DENIES defendant's motion.

      Plaintiff has sufficiently alleged that it "suffered injury in fact and has lost money or property as a result of unfair competition." Cal. Bus. & Prof. Code § 17204. Nothing in the plain language of section 17204 suggests that it is limited to "lost money or property" that was taken from the plaintiff by the defendant, that is, to plaintiffs that have a claim for restitution. The language in section 17203, which courts have interpreted as limited to

restitution, is different from that in section 17204.  Cal. Bus. & Prof. Code § 17203 ("or as may be necessary *to restore* to any person in interest any money or property, real or personal, which may have been acquired by means of such unfair competition") (emphasis added). Accordingly, defendant's motion to dismiss is DENIED.

    IT IS SO ORDERED.

Dated: October 9, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE