ANGELA L. PADILLA (CA SBN 154863)
APadilla@mofo.com
LINDSAY T. BRAUNIG (CA SBN 244125)
LBraunig@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268-7000
Facsimile: 415.268-7520

JAMES R. STEFFEN (*Pro Hac Vice*)
JRSteffen@faegre.com
MICHAEL A. PONTO (*Pro Hac Vice*)
Mponto@faegre.com
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: 612.766.7000
Facsimile: 612.766.1600

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation,<br><br>Defendant. | Case No.   C-06-7491-CRB<br><br>**STIPULATION AND [~~PROPOS~~ED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO COMPEL AND DEFENDANT'S MOTION FOR PROTECTIVE ORDER** |

1  On December 7, 2007, Plaintiff Williams-Sonoma, Inc. will file a Motion to Compel and
2  Defendant Target Corporation will file a Motion for Protective Order.  Both motions will be
3  noticed for a hearing on January 18, 2008.  Pursuant to Civil Local Rule 6-2, the parties, through
4  their counsel, make the following stipulations:

5     1. In order to avoid filing briefs during the period between Christmas and New
6     Year's, during which time some or all of counsel will be out of the office, the
7     parties have agreed to a briefing schedule different than that imposed by the Civil
8     Local Rules.
9     2. Under the briefing schedule to which the parties have agreed, the Court will
10     receive the parties' briefs either earlier than required by the Local Rules, or on the
11     same day as required by the Local Rules.
12     3. The parties have stipulated that they will each file an opposition to the other's
13     motion on Friday, December 21, 2007; and that they will each file a reply to the
14     other's opposition on Friday, January 4, 2008.

Dated: December 7, 2007   ANGELA L. PADILLA
                          MORRISON & FOERSTER LLP

                          By:  /s/  Angela L. Padilla
                               Angela L. Padilla

                          Attorneys for Defendant
                          TARGET CORPORATION

Dated:  December 7, 2007  TALI L. ALBAN
                          TOWNSEND AND TOWNSEND AND
                          CREW LLP

                          /s/  Tali L. Alban
                               Tali L. Alban

                          Attorneys for Plaintiff
                          WILLIAMS-SONOMA, INC.

1
**GENERAL ORDER 45 ATTESTATION**

2

3   I, Angela L. Padilla, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order re Briefing Schedule for Plaintiff's Motion to Compel and Defendant's Motion for Protective Order.  In compliance with General Order 45, concurrence in the filing of this document has been obtained from each of the other signatories and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

4

5

6   Dated:  December 7, 2007.

7

8                                                             /s/  Angela L. Padilla

9

10

11

12

13   [~~PRO~~PO~~S~~ED] ORDER

14   **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS**

15   **THEREFORE ORDERED** that the parties each file an opposition to the other's discovery

16   motion, which motions are being filed on ~~December 7, 2007~~, ~~on Friday, December 21, 2007~~; and January 9, 2008    January 16, 2008.

17   that each party file a reply to the other's opposition on ~~Friday, January 4, 2008~~.

18

19   Dated:  December 11, 2007

20                                      The Hon. ~~Charles R. Breyer~~ Edward M. Chen
                                        United States ~~District~~ Judge
                                                        Magistrate

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR PL.'S MOT. TO COMPEL AND DEF.'S MOT. FOR PROT. ORDER    2
sf-2380287