TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar # 111536)
TIMOTHY R. CAHN (Bar # 162136)
TALI ALBAN (Bar # 233694)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
E-mail: gsgilchrist@townsend.com; trcahn@townsend.com
tlalban@townsend.com

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORP., a Minnesota corporation,<br><br>Defendant. | Case No. C 06-7491 CRB (EMC)<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL WILLIAM-SONOMA INC'S OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER; DECLARATION OF TALI L. ALBAN IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND EXHIBIT C TO THE DECLARATION OF TALI L. ALBAN IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER<br><br>**Date:** January 30, 2008<br>**Time:** 10:00 a.m.<br>**Place:** Courtroom 8, 19th Floor<br>Hon. Magistrate Judge Edward M. Chen |

1. On March 16, 2007, the Court entered a Stipulated Protective Order (Docket No. 21).

2. Plaintiff Williams-Sonoma, Inc. ("WSI") is filing an Opposition to Defendant's Motion for Protective Order (the "Opposition") and a Declaration of Tali L. Alban in Support of Opposition to Defendant's Motion for Protective Order (the "Declaration") and accompanying exhibits. The Motion,

1  the Declaration and Exhibit C to the Declaration contain or refer to Defendant Target Corporation's
2  confidential information. WSI has lodged these documents with this Court.
3  The Court having considered WSI's Administrative Motion and supporting declaration, and
4  good cause having been shown,
5  IT IS HEREBY ORDERED that the Clerk shall accept for filing under seal the lodged sealed
6  copies of the following documents:

~~WILLIAM-SONOMA INC.'S OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER;~~

~~DECLARATION OF TALI L. ALBAN IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER;~~

**EXHIBIT C TO THE DECLARATION OF TALI L. ALBAN IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

The redacted versions of these documents shall be filed in the public file.

DATED: 2/22/08

The Honorable Edward M. Chen
Magistrate Judge

[PROPOSED] ORDER GRANTING APPLICATION TO FILE DOCUMENTS UNDER SEAL

Williams-Sonoma, Inc. v. Target Corp.
Case No. C 06 7491CRB (EMC)
- 2 -