TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar # 111536)
TIMOTHY R. CAHN (Bar # 162136)
TALI L. ALBAN (Bar # 233694)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
E-mail: gsgilchrist@townsend.com; trcahn@townsend.com
tlalban@townsend.com

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORP., a Minnesota corporation,<br><br>Defendant. | Case No. C 06 7491 CRB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a) AND** ~~[PROPOSED]~~ **ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that the above-captioned action is hereby dismissed on the merits and in its entirety with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, without award of costs, expenses or attorneys' fees to either party.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: March 7, 2008 | | TOWNSEND and TOWNSEND and CREW LLP |
| | By: | /s/ Tali L. Alban |
| | | GREGORY S. GILCHRIST<br>TIMOTHY R. CAHN<br>TALI L. ALBAN |
| | | Attorneys for Plaintiff<br>WILLIAMS-SONOMA, INC. |

MORRISON & FOERSTER LLP

Dated: March 7, 2008         By: /s/ Lindsay T. Braunig

                                        ANGELA L. PADILLA<br>                                        LINDSAY T. BRAUNIG

                                        Attorneys for Defendant<br>                                        TARGET CORPORATION

**ATTESTATION OF E-FILED SIGNATURE**

I, Tali L. Alban, am the ECF User whose ID and password are being used to file this Joint Case Management Statement and Proposed Order. In compliance with General Order 45, X.B., I hereby attest that Lindsay T. Braunig has concurred in this filing.

Dated:   March 7, 2008         TOWNSEND and TOWNSEND and CREW LLP

                                        By: /s/ Tali L. Alban

                                        *Attorneys for Plaintiff*<br>                                        *Williams-Sonoma, Inc.*

**ORDER**

Pursuant to the above Stipulation, IT IS SO ORDERED.

Dated: March 7, 2008

The Honorable Charles R. Breyer
United States 

61305081 v1

STIPULATION FOR DISMISSAL WITH PREJUDICE

Williams-Sonoma, Inc. v. Target Corp.
Case No. C 06 7491 CRB